IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00770-BNB

GREGORY C. REED,

    Applicant,

v.

MARK BROADDUS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 8 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A
DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On April 19, 2007, the Court ordered Applicant, Gregory C. Reed, to show cause within thirty days why the instant habeas corpus application should not be denied as time-barred pursuant to 28 U.S.C. § 2244(d). On May 16, 2007, Mr. Reed submitted his response. Because it is unclear at present whether Mr. Reed filed his § 2254 application in a timely manner, the April 19 order to show cause will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the April 19, 2007, order to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 18, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00770-BNB

Gregory C. Reed
Prisoner No. 46179
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/18/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk