**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  07-cv-00770-REB-MJW

GREGORY C. REED,

Petitioner,

v.

MARK BROADDUS, et al.,

Respondents.

**ORDERS ON RESPONDENTS' MOTION TO TRANSFER FEDERAL HABEAS
APPLICATION UNDER 28 U.S.C. § 2244(b) AND
RESPONDENTS' MOTIONS FOR EXTENSION OF TIME TO ANSWER**

**Blackburn, J.**

This matter is before me on the following motions: 1) respondents' **Motion To Transfer Federal Habeas Corpus Application Pursuant to 28 U.S.C. § 2244(b)** [#17], filed June 25, 2007; 2) respondents' **Motion for Extension of Time To File Answer** [#17], filed June 25, 2007; and 3) respondents' **Motion for Extension of Time To File Answer** [#19], filed June 27, 2007.  The motion to transfer is granted, and the motions for extension of time are denied as moot.

This case was initiated when the petitioner filed his third petition under 28 U.S.C. § 2254.  The petitioner has attacked the same conviction in each of his three petitions. In his current petition, he admits essentially that this is a successive petition, but he refers to only his first habeas petition, Civil Action No. 02-cv-01664.  Petitioner further claims in his petition that he has obtained authorization from the United States Court of

Appeals for the Tenth Circuit for this court to consider this successive petition. *Application* [#3], p. 15. As the respondents correctly point out, however, one month before this petition was filed, the Tenth Circuit denied petitioner's motion for leave to file a second or successive § 2254 petition. **See Reed v. Brodus**, Civil Case No. 06-cv-01750, [#13] (Tenth Circuit Order filed March 15, 2007). Further, petitioner has not presented to this court any authorization that he received allegedly from the Tenth Circuit permitting this court to consider the instant petition. The petitioner must present this court with an authorization from the Tenth Circuit before this court may consider his successive petition under § 2254. 28 U.S.C. § 2244(b)(3)(A). Therefore, this court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. **See Coleman v. United States**, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam).

  **THEREFORE, IT IS ORDERED** as follows:

  1. That the respondents' **Motion To Transfer Federal Habeas Corpus Application Pursuant to 28 U.S.C. § 2244(b)** [#17] is **GRANTED**;

  2. That the Clerk of the Court **SHALL TRANSFER** this action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631; and

  3. That the respondents' two Motions for Extension of Time to Answer [#13 & #19] are **DENIED AS MOOT**.

  Dated July 30, 2007, at Denver, Colorado.

            **BY THE COURT:**

            s/ Robert E. Blackburn
            Robert E. Blackburn
            United States District Judge